# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| VANESSA QUINTERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00251-FM |
| | § | |
| STATE OF TEXAS - HEALTH AND HUMAN SERVICES COMMISSION, | § § § | |
| | § | |
| Defendant. | | |

## FINAL JUDGMENT

In accordance with "Order Adopting the Report and Recommendation of the Magistrate Judge" [ECF No. 45], entered September 19, 2022, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **19** day of **September 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**